IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 05-cr-67-1 |
| JOSEPH SERRANO : | |
| : | |

### ORDER

AND NOW, this 8 day of September 2009, it is **ORDERED** that Defendant's Motion for Relief from Final Judgment (Doc. # 57) is **GRANTED** in part, and **DENIED** in part.

- Defendant's motion to vacate or set aside the July 15, 2008 (Doc. #55) and July 23, 2008 (Doc. #56) orders is **DENIED**.

- Defendant's motion to recharacterize his August 13, 2007 motion (Doc. #50) as a petition for habeas corpus under 28 U.S.C. § 2255 is **GRANTED**, *nunc pro tunc* to when it was filed.

- I grant Defendant leave to amend his August 13, 2007 motion. If he chooses to do so, he shall file an amended version no later than **October 9, 2009**.

_____
ANITA B. BRODY, J.

xc: Speedy Trial

Copies **VIA ECF** on _____ to:          Copies **MAILED** on 09-10-2009 to:
                                            Joseph Serrano, Deft.

O:\ABB 2009\L - Z\US v. Serrano recharacterization order.wpd

1