

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JOSEPH SERRANO | : | NO. 05-67-1 |
| | : | |

**FILED**
JUL 18 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 16th day of July 2011, it is **ORDERED** that Defendant's Amended Petition to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 63) is **GRANTED**. Defendant's sentence is vacated under 28 U.S.C. § 2255(a), and Defendant is granted a new trial under 28 U.S.C. § 2255(b).

_/s/ Anita B. Brody_
ANITA B. BRODY, J.

XC: Speedy Trial

Copies VIA ECF on _____ to:

Copies MAILED on 07-18-2011 to:
Joseph Serrano, Deft.

O:\ABB 2011\L-Z\USA v. Serrano Order re Petition.wpd

1